# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ST. EVE, AMY J. | U.S. Circuit Court, Seventh Circuit | 5/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

219 South Dearborn Street
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Northwestern Law School |
| 2. | Board Member | Federal Bar Association -- Chicago Chapter |
| 3. | Member | Public Safety Commissioner |
| 4. | Board Member | Posse Foundation Chicago |
| 5. | Board Member | Loyola Academy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Northwestern Law School (teaching) | $2,000.00 |
| 2. | 2018 | Thompson Reuters (payment for editing chapters in a treatice) | $3,743.52 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Northwestern Medical Faculty Foundation |
| 2. | 2018 | Interventional Consultants, LLC |
| 3. | 2018 | U.S. Government - Department of Veteran's Affairs |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Ginnie Mae Mutual Fund | A | Dividend | K | T | | | | | |
| 2. Fidelity Magellan Mutual Fund (monthly purchase of $250) | D | Dividend | M | T | | | | | |
| 3. Fidelity Low Priced Stock Mutual Fd. (monthly purchase $250 | D | Dividend | M | T | | | | | |
| 4. Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5. Chase (Cash Accounts) | C | Interest | N | T | | | | | |
| 6. Abbott Laboratories Common Stock | A | Dividend | K | T | | | | | |
| 7. Fidelity Contrafund (Monthly purchase of $250) | D | Dividend | M | T | | | | | |
| 8. Fidelity Select Biotech | A | Dividend | J | T | | | | | |
| 9. McDonalds Corp. CS | A | Dividend | K | T | | | | | |
| 10. Ameriprise Insured Money Market | A | Interest | M | T | | | | | |
| 11. Fidelity Strategic Dividend/Income | C | Dividend | J | T | | | | | |
| 12. 529 Unique College Investing Plan (age based)(See Note 1 In Part VIII) | D | Interest | O | T | | | | | |
| 13. Fidelity Health Care Services | D | Dividend | L | T | | | | | |
| 14. Fidelity Balanced | A | Dividend | J | T | | | | | |
| 15. Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 16. Monsanto | D | Dividend | K | T | | | | | |
| 17. Bayer (see Note 4 in Part VIII) | D | Dividend | K | T | Spinoff (from line 15) | 06/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Manchester United | A | Dividend | J | T | | | | | |
| 19. Invesco American Franchise Mutual Fund | A | Dividend | K | T | | | | | |
| 20. Invesco European Growth Fund | A | Dividend | J | T | | | | | |
| 21. Facebook | | None | L | T | | | | | |
| 22. Palo Alto Networks | | None | K | T | | | | | |
| 23. Chevron | A | Dividend | K | T | | | | | |
| 24. JP Morgan | C | Dividend | M | T | | | | | |
| 25. Pfizer | A | Dividend | K | T | | | | | |
| 26. AbbVie | A | Dividend | J | T | | | | | |
| 27. Lennar (see Note 3 in Part VIII) | A | Dividend | J | T | | | | | |
| 28. Eden Vance Bonds | A | Dividend | | | Sold | 01/26/18 | J | A | |
| 29. Post | | None | K | T | | | | | |
| 30. Nutrien | A | Dividend | J | T | | | | | |
| 31. Union Pacific Railroad | A | Dividend | K | T | | | | | |
| 32. Halliburton | A | Dividend | J | T | | | | | |
| 33. Fidelity Gov't Cash Reserves | A | Dividend | J | T | | | | | |
| 34. Alphabet Inc. Cap Stk Class A | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amazon | | None | M | T | Buy (add'l) | 01/26/18 | J | | |
| 36. Box Inc. | | None | J | T | Buy | 06/05/18 | J | | |
| 37. Apple Inc. | B | Dividend | L | T | | | | | |
| 38. IXG | A | Dividend | J | T | Buy | 01/26/18 | J | | |
| 39. Berkshire Hathaway Inc. B | | None | L | T | | | | | |
| 40. Clorox Co. | A | Dividend | J | T | | | | | |
| 41. Goldman Sachs Group Inc. | B | Dividend | K | T | | | | | |
| 42. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 43. Visa Inc. | B | Dividend | K | T | | | | | |
| 44. Select Sector Spdr Tr Health Care | B | Dividend | M | T | | | | | |
| 45. Vanguard Target 2030 (See Note 2 in Part VIII) | C | Dividend | N | T | | | | | |
| 46. Vanguard Index FDS/Vanguard Growth ETF | B | Dividend | M | T | | | | | |
| 47. Vanguard Index FDS/Vanguard Small Cap Fund | B | Dividend | M | T | | | | | |
| 48. Vanguard Specialized Funds Div App ETF | C | Dividend | M | T | | | | | |
| 49. Morgan Stanley CD | A | Interest | K | T | Buy | 12/04/18 | J | | |
| 50. Vanguard Index Funds High Dividend Yield | B | Dividend | M | T | | | | | |
| 51. Amgen Inc. | A | Dividend | J | T | Buy | 12/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EOG Energy | | None | J | T | | | | | |
| 53. Freeport McMoran | A | Dividend | J | T | | | | | |
| 54. JP Morgan Growth & Income Fund | A | Dividend | J | T | | | | | |
| 55. PNC Financial | A | Dividend | J | T | | | | | |
| 56. Pioneer National Resources | A | Dividend | J | T | | | | | |
| 57. Undor Armour | A | Dividend | J | T | | | | | |
| 58. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 59. SPDR S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 60. Vanguard Whitehall FDS High Dividend | | None | L | T | | | | | |
| 61. Vanguard Index Funds Vanguard Value EFT | A | Dividend | J | T | | | | | |
| 62. Vanguard Bond Index Total Bond Market ETF | B | Dividend | J | T | | | | | |
| 63. Ishares Core US Aggregate Bond ETF | | None | J | T | | | | | |
| 64. Fidelity Gov Money Market | A | Interest | J | T | | | | | |
| 65. Tetro-Westwood Mighty Mites | A | Dividend | J | T | | | | | |
| 66. Citigroup | A | Dividend | K | T | | | | | |
| 67. Walt Disney Company | | None | J | T | Buy | 12/04/18 | J | | |
| 68. Microsoft | | None | K | T | Buy | 12/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nike Inc. | | None | J | T | Buy | 12/04/18 | J | | |
| 70. Paypal Hldgs Inc. | | None | J | T | Buy | 12/04/18 | J | | |
| 71. Salesforce.com, Inc. | | None | J | T | Buy | 12/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes

1. We made monthly contributions to these Fidelity 529 Education Plans. We contributed a total of $2,000 monthly in 2018.
2. ▮▮▮▮ employer makes automatic contributions to this fund as part of ▮ retirement. It was mistakenly listed as sold in my 2017 Financial Disclosure Report.
3. Lennar was only partially sold in 2017. My 2017 Financial Disclosure Report lists a partial sale and then, mistakenly, a full sale.
4. Bayer acquired Monsanto in 2018 and called Monsanto's stock.

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AMY J. ST. EVE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544